UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIJAH J. RODRIGUEZ,<br>    Plaintiff,<br><br>    v.<br><br>MARK E. BURDZY, et al.,<br>    Defendants. | Civil Action No.<br>22-12207-WGY |

## ORDER

**YOUNG, D.J.**

*Pro se* litigant Elijah J. Rodriguez has filed a civil complaint in which he alleges that correction officers at an unspecified Massachusetts Department of Correction facility used excessive force against him and that he did not receive adequate medical treatment thereafter.

In an order dated July 6, 2023 (Dkt. #4), the Court found that the complaint does not give the defendants adequate notice of the claims against them because it does not identify the prison at which the alleged events occurred and the date thereof. In the same order, the Court allowed Rodriguez's motion for leave to proceed *in forma pauperis*.

In response to the Court's order, Rodriguez filed a document (Dkt. #5) in which he represents that the alleged events from which his claims arise occurred at MCI Shirley (Medium) on January 15, 2020. In light of this filing, the Court hereby orders:

    1.    Rodriguez's filing in which he identifies the location and date of the alleged events (Dkt. #5) shall be considered a part of the complaint.

    2.    The Clerk shall issue summonses for the defendants. Rodriguez is responsible for ensuring that the summonses, complaint (including Dkt. #5), and this order are served on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. Because Rodriguez is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If Rodriguez chooses to have service completed by the USMS, he shall provide the agency with all papers for service and a completed USM-285 form for each defendant. The USMS shall complete service as directed by Rodriguez with all costs of service to be advanced by the United States. The Clerk shall provide Rodriguez with blank USM-285 forms and instructions for service by the USMS.

4. Notwithstanding Rule 4(m) of the Federal Rules of Civil Procedure, Rodriguez shall have 90 days from the date of the issuance of the summonses to complete service. Failure to complete service within 90 days of the date summonses issue may result in dismissal of the action.

**So ordered.**

    /s/ William G. Young
William G. Young
United States District Judge

Dated: September 7, 2023